# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS SWINNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-10694** |
| **BURL CAIN, WARDEN** | **SECTION "N"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 30, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Thomas Swinner for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 13th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE